IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02729-CMA-CBS

MIRACLE GASH,

    Plaintiff,

v.

AMSHER COLLECTION SERVICES, INC., an Alabama corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 7), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: December __07__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge